IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

SUNDANCE, INC. d/b/a TACO BELL,

        Defendant.
_____/

Civil Action No.

HONORABLE

**COMPLAINT
AND JURY TRIAL DEMAND**

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Terrance Zentz who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Defendant Sundance, Inc. d/b/a Taco Bell violated the Americans with Disabilities Act when it failed to reasonably accommodate Zentz, a qualified individual with a disability, and terminated his employment.

## JURISDICTION AND VENUE

1.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the

Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, as amended, 42 U.S.C. Section 1981(a).

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Michigan, Southern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Sundance, Inc. d/b/a Taco Bell (the "Employer") has continuously been a Michigan corporation doing business in the State of Michigan and City of Westland, and has continuously had at least fifteen (15) employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Section 701(g) and (h) of Title VII, 42 U.S.C. § 2000e(g) and (h).

6. At all relevant times, Defendant Employer has been a covered entity under

2

Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty (30) days prior to the institution of this lawsuit, Donna Tilley filed a charge with the Commission on behalf of Terrence Zentz alleging violations of Title I of the ADA by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least July 2006, Defendant Employer engaged in unlawful employment practices at its Westland, Michigan facility, in violation of Sections 102(a) and 102(b)(5)(A) of the ADA, 42 U.S.C. §§ 12112(a) and 12112(b)(5)(A). The Defendant's practices include, but are not limited to, denying Zentz's request for reasonable accommodation, additional job coaching, which would have enabled him to perform the essential functions of the job, and subsequently terminating his employment effective November 8, 2006.

9. The effect of the practices complained of in paragraph 8 above has been to deprive Zentz of equal employment opportunities and otherwise adversely affect his status as an employee, because of his disability, mental retardation.

10. The above-mentioned unlawful employment practices were intentional.

11. The unlawful employment practices complained of above in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Zentz.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A.  GRANT a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from engaging in any unlawful employment practice which fails to accommodate disability and discriminates on the basis of disability;

B.  ORDER Defendant Employer, to institute and carry out policies, practices, and programs which provide equal employment opportunities for individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices;

C.  ORDER Defendant Employer to make whole Zentz by providing him with appropriate backpay, with pre-judgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement of Zentz;

D.  ORDER Defendant Employer to make whole Zentz by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, in amounts to be determined at trial.

E.  ORDER Defendant Employer to pay Zentz punitive damages for its malicious and reckless conduct, as described in paragraph 8 above, in amounts to be determined at trial.

F.  GRANT such further relief as the Court deems necessary and proper in the public interest.

G.  AWARD the Commission its costs of this action.

4

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

*[signature]*
LAURIE A. YOUNG
Regional Attorney

*[signature]*
DEBORAH BARNO (P44525)
Supervisory Trial Attorney

September  11 , 2008

*[signature]*
TRINA R. MENGESHA (P59458)
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
(313) 226-4620